JAMES RYAN NEWHART     *     NO. 2020-CA-0374

VERSUS     *     COURT OF APPEAL

DIEDRE PIERCE KELLY AND     *     FOURTH CIRCUIT
ARTHUR MORRELL, IN HIS
OFFICIAL CAPACITY AS     *     STATE OF LOUISIANA
CLERK OF COURT FOR THE
PARISH OF ORLEANS, STATE     *
OF LOUISIANA

                                  *

             * * * * * * *

CONSOLIDATED WITH:           CONSOLIDATED WITH:

C. GARY WAINWRIGHT           NO. 2020-CA-0375

VERSUS

DIEDRE PIERCE KELLY AND
THE HONORABLE ARTHUR A.
MORRELL


*JCL*    LOBRANO, J., CONCURS IN PART AND DISSENTS IN PART FOR
        THE REASONS ASSIGNED BY JUDGE JENKINS.